UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ALIDAD ALIBABA AHADPOUR,**<br>**A#090147746 ,** | § § § | |
| Petitioner, | § § | |
| vs. | § § | **PETITION FOR WRIT OF HABEAS**<br>**CORPUS UNDER 28 U.S.C. §2241** |
| **KRISTI NOEM, Secretary, D.H.S.; and**<br>**BOBBY THOMPSON, Warden of South**<br>**Texas ICE Processing Center,** | § § § § | **SA-25-CV-1601-FB** |
| Respondents. | § § | |

ORDER DIRECTING SERVICE
and ANSWER/RESPONSE

Before the Court is Petitioner, Alidad Alibaba Ahadpour's 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus (ECF No. 1). Petitioner is proceeding *pro se* and paid the filing fee. Petitioner challenges his detention by the U.S. Department of Homeland Security Bureau of Immigration and Customs Enforcement pending removal proceedings.

Accordingly, **IT IS ORDERED** that the U.S. District Clerk: (1) furnish the Office of the U.S. Attorney in San Antonio, Texas, with copies of the Petition (ECF No. 1) and this Order by serving Stephanie Rico, the Civil Process Clerk of the U.S. Attorney's Office, and that such delivery by certified mail return receipt requested constitute sufficient service of process on Respondent Noem; and (2) serve Respondent Thomas by certified mail return receipt requested at the following address:

U.S. Department of Homeland Security
San Antonio Field Office
1777 N.E. Loop 410, Suite 1500
San Antonio, TX    78217.

Additionally, **IT IS ORDERED** that Respondents file an answer or response to the Petition **within thirty (30) days from the date of service**.

**IT IS SO ORDERED.**

**SIGNED this 3rd day of December, 2025.**

_____
**FRED BIERY
UNITED STATES DISTRICT JUDGE**