UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALIDAD ALIBABA AHADPOUR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | SA-25-CV-1601-FB (HJB) |
| | § | |
| WARDEN BOBBY THOMPSON, | § | |
| Senior Warden, South Texas ICE Processing | § | |
| Center; and MARKWAYNE MULLIN,[1] | § | |
| Secretary of Homeland Security, | § | |
| | § | |
| Respondents. | § | |

**ORDER SETTING
VIDEO STATUS CONFERENCE**

The matter before the Court is the status of this case, which was referred on April 13, 2026, by the District Court to the undersigned for pretrial proceedings including any requests for injunctive relief pursuant to 28 U.S.C. § 636(b)(1).  (*See* Docket Entry 13.)

It is hereby **ORDERED** that a Status Conference is set on **April 23, 2026**, at **3:30 P.M.** The conference will be held by video teleconference using the Zoom video platform.  On the designated date and time of the conference, the parties are directed to join ZOOMGOV meeting, at the following address:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system.  Parties

---

1 Markwayne Mullin was sworn in on March 24, 2026, as Secretary of Homeland Security. Mullin is therefore substituted for former Secretary of Homeland Security Kristi Noem as the proper, named Respondent. *See* FED. R. CIV. P. 25(d).

having any difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

      **SIGNED** on April 16, 2026.

                                   Henry J. Bemporad
                                   United States Magistrate Judge