UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALIDAD ALIBABA AHADPOUR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | SA-25-CV-1601-FB (HJB) |
| | § | |
| WARDEN BOBBY THOMPSON, | § | |
| Senior Warden, South Texas ICE Processing | § | |
| Center; and MARKWAYNE MULLIN,[1] | § | |
| Secretary of Homeland Security, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

In accordance with the Court's ruling at the Status Conference held on April 23, 2026, it is hereby **ORDERED** that, **on or before May 7, 2026**, the parties must confer and, if appropriate, file an Agreed Motion to Transfer this case to the United States District Court for the Central District of California.

**SIGNED** on April 27, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge

---

[1] Markwayne Mullin was sworn in on March 24, 2026, as Secretary of Homeland Security. Mullin is therefore substituted for former Secretary of Homeland Security Kristi Noem as the proper, named Respondent. *See* FED. R. CIV. P. 25(d).